UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EZEQUIAS MORALES,** | Civil Action No. 25-18489 (MCA) |
| Petitioner, | |
| v. | ORDER |
| **KRISTI NOEM, et al.,** | |
| Respondents. | |

Currently pending before the Court is a Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court previously enjoined Petitioner's transfer or removal from the United States while this matter is pending. (ECF No. 2.)

Respondents filed a letter response (ECF No. 4), stipulating to the relevant facts alleged in the Petition[1] and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025).

The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*. Moreover, the Court finds that a bond hearing under 8 U.S.C. § 1226(a) is the appropriate remedy.

---

[1] Petitioner is a citizen of Guatemala who has lived in the United States for 20 years (ECF No. 1, Petition at ¶¶ 15, 42.) Respondents stipulate that Petitioner is an alien who entered without inspection or parole and was initially detained by immigration authorities in the interior of the country without having been lawfully admitted. (ECF No. 4, Answer at 2.)

**IT IS** on this 29th day of January 2026,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within 7 days of the date of this Order**; and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of the bond hearing, at which time the Court will dissolve any temporary restraints and close the matter.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**